```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

      Plaintiff,

v.                                    Case No:  2:23-cv-851-JES-DNF

MARY RHUDE CROSS, as guardian of A.C., a minor, J.C., a minor, and L.C., a minor; and ANY UNKNOWN CHILDREN of Chaundre K. Cross,

      Defendant.

_____

## OPINION AND ORDER

This matter comes before the Court on Plaintiff's Motion to Permit Passage into Courthouse with Electronics and Equipment for Use During Pretrial Conference and During Trial (Doc. #118) filed on January 29, 2026.  Plaintiff seeks permission to bring certain electronic and technical devices into the building for use at the scheduled hearing and during the scheduled trial period.  More specifically, Plaintiff is requesting permission to bring the following equipment to the courthouse: (a) Apple iPhones; Apple Watches; Apple pen and appropriate chargers; iPhones; Other Cellular or Mobile phones and chargers; (b) Computers; Laptops; iPads; Surface Pro; chargers for devices and mouse(s); (c) Monitors

with Power/HDMI Cables (d) MiFi wireless; or Other wireless modem device (e) Flash drives; external drives; (f) Laptop power cords; adapters, accessories and modem card; (g) Laser pointer; (h) Printer and cables; (i) Extension cords; power strips; HDMI splitters; necessary cables; (j) Foldable Table; Easels; Hand Trucks (Dolly Carts) and (k) Projector and projector screen (if necessary).

On October 1, 2013, a General Order (6:13-mc-94-Orl-22, Doc. #1) was issued regarding the possession and use of personal electronic devices in the Middle District of Florida courthouses. See In Re: Possession & Use of Pers. Elec. Devices in Fed. Courthouses in the M.D. Fla., 6:13-mc-94-Orl-22. The General Order allows counsel admitted to the Florida Bar or admitted pro hac vice to enter the Courthouse with personal electronic devices subject to the restrictions set forth in the General Order.  The Court will also grant leave for the above specified and named persons to bring cell phones into the courtroom during the final pretrial conference and the trial period:

- John E. Meagher, Esquire, Plaintiff's Attorney;
- Jake Monk, Esquire, Plaintiff's Attorney;
- Emma G. Refuveille, Esquire, Plaintiff's Attorney;
- Dean Mabie, Esquire, Plaintiff's in-house Counsel;

2

- Maria Martinez, Paralegal, Shutts & Bowen LLP;
- Brian G. Delostrinos, Trial Technician, Shutts & Bowen LLP
- Jeffrey L. Hajny, Trial Technician, Shutts & Bowen LLP
- Alan Brown, M.D., Witness;
- Dana Castro, M.D., Witness;
- Mizyl Damayo, M.D., Witness;
- Jeffrey A. Panozzo, D.O. Witness;
- James Scanlon, M.D., Witness;
- Manjit Kaur Vohra, M.D., Witness;
- Adam Heiderman, Witness;
- Jason Kestly, Witness;
- Anton Antonio Cross, Witness;
- Arielle Nicole Cross Moore, Witness;
- Cartrell James Cross, Witness;
- Mary Cross, Witness;
- Sara Jo Cross a/k/a Sara J. Arthur, Witness;
- Averina Cela, Witness;
- Rebecca Hendrics;
- Angel Banks.

The request is denied as to any unnamed persons listed in Plaintiff's motion.

The Court will also grant the request for Plaintiff's Counsel to bring the specified equipment listed in Plaintiff's Motion into the building for use during the pretrial hearing and trial term. Counsel is reminded that they will need to remove such equipment at the conclusion of the trial term. Additionally, Counsel may not set up or leave the equipment in the courtroom prior to the start of the pretrial or trial unless special permission is granted, and no hearings are scheduled prior to the commencement of trial.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion to Permit Passage into Courthouse with Electronics and Equipment for Use During Pretrial Conference and During Trial (Doc. #118) is **GRANTED in part and DENIED in part** as set forth above and as necessary for use during the scheduled hearing, scheduled to commence January 30, 2026, and for the duration of the trial term, subject to screening by the Court Security Officers and/or U.S. Marshal's Office. Cellular telephones shall remain turned off while court is in session.

**DONE and ORDERED** at Fort Myers, Florida, this   29th   day of January 2026.

4

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
CSOs (2 copies)

5